IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALASKA AIR AND SOUND CENTER, et al.<br>**Plaintiff(s)**<br><br>**v.**<br><br>BANCO SANTANDER DE PUERTO RICO, et al.<br>**Defendant(s)** | **CIVIL NO.** 06-2090 (JAG)<br>07-1106 (JAG) |

**JUDGMENT**

Based on the Memorandum and Order of May 9th, 2007, the Court hereby enters judgment dismissing cases 06-2090 (JAG) and 07-1106(JAG). TILA claims are dismissed with prejudice. State law claims are dismissed without prejudice.

This cases are now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day May, 2007.

**S/ Jay A. Garcia-Gregory**
JAY A. GARCIA-GREGORY
U.S. District Judge